

NUMBER 13-18-00520-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE SHANE MATTHEW BUCHEL

On Petition for Writ of Mandamus.

MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Longoria and Hinojosa
Memorandum Opinion by Justice Longoria[1]**

Shane Matthew Buchel, proceeding pro se, filed a petition for writ of mandamus in the above cause[2] through which he contends that the trial court erred by failing to "consolidate restitution." Buchel argues that the trial court incorrectly allowed the collection of restitution for multiple cases according to each individual judgment and its corresponding order to withdraw funds from his inmate trust account cases, even though

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

[2] This original proceeding arises from trial court cause number 15-11-12,325A in the 24th District Court of DeWitt County, Texas. The respondent in this original proceeding is the Honorable Kemper Stephen Williams. *See* TEX. R. APP. P. 52.2.

the restitution was ordered in connection with concurrent sentences. This Court requested and received a response to the petition for writ of mandamus from the State of Texas, acting by and through the District Attorney for DeWitt County, Texas. *See* TEX. R. APP. P. 52.8(a),(b).

The Court, having examined and fully considered the petition for writ of mandamus, the response, and the applicable law, is of the opinion that the petition for writ of mandamus should be denied for the reasons expressed in our opinion in *In re Shane Matthew Buchel*, No. 13-18-00509-CR, 2018 WL ___, at *_ (Tex. App.—Corpus Christi Dec. 6, 2018, orig. proceeding) (mem. op., not designated for publication), *available at* http: //www.search.txcourts.gov/case.aspx?cn=13-18-00509-CR&coa=coa13. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(d). We likewise deny Buchel's motion for nihil dicit judgment.

NORA L. LONGORIA
Justice

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
6th day of December, 2018.